IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNE PETTIS, | : | |
|     Plaintiff | : | No. 1:24-cv-01437 |
| v. | : | |
| | : | (Judge Kane) |
| GILLIGAN'S BAR & GRILL, INC., | : | |
|     Defendant | : | |

## ORDER

IT IS ORDERED THAT:

1. A case management conference shall be held on **December 19, 2024,** at **11:30 a.m. The court prefers to hold this conference by telephone. Plaintiff's counsel shall initiate this telephone conference. The telephone number of the court is 717-221-3990. Counsel should be prepared to address any pending motions at the conference.**

2. This case has been selected at random for **MANDATORY REFERRAL to court-annexed mediation in accordance with Standing Order 04-3.** Absent compelling objections from counsel, the mediation session in this case will take place early, before extensive discovery.

3. The ADR Coordinator is directed to select a mediator from the court's certified list for appointment in this case and communicate the mediator's identity to chambers in advance of the case management conference. In selecting a mediator, the ADR Coordinator should take into account potential conflicts of interest, and if possible, the mediator's geographic location in relation to the attorneys/parties in this case.

4. This conference before this judge will be canceled if the parties elect to proceed before a United States Magistrate Judge. The Magistrate Judge will reschedule the conference upon notification of the case assignment.

5. The primary purpose of this conference will be to discuss the mediation process and set initial deadlines. Participation in this conference by counsel or by pro se litigants is mandatory. At the conference, counsel should be prepared to discuss any objections to the use of mediation and any requirement for limited discovery in advance of mediation.

6. **Lead Counsel of record must participate in the conference without substitution**

**unless permission for substitution is sought and granted prior to the conference. Requests shall be made at least two business days in advance of the date of the conference. The telephone number to call is (717) 221-3990.**

7. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the scheduling conference and complete a **"Joint Case Management Plan"** form. The completed form is set forth in Appendix A of the local rules. **A JOINT CASE MANAGEMENT PLAN** must be filed on or before <u>**December 12, 2024**</u>. **The parties need not complete Section 6 of the Joint Case Management Plan form, which requires the parties to suggest dates that will apply to the management of the case, given the fact that the case will be referred to mediation for attempted resolution**. Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

8. Counsel shall note that this district has not opted-out of Federal Rule of Civil Procedure 26. The joint case management plan contemplates discovery prior to the Rule 26(f) meeting and is, therefore, deemed to be an exception to the limitation on discovery contained in the first sentence of Rule 26(d). Counsel shall not cease active discovery pending disposition of a motion to dismiss.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania

Dated: October 22, 2024