IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEANNE PETTIS,** | : | |
| | : | |
| Plaintiff | : | No. 1:24-cv-01437 |
| v. | : | |
| | : | (Judge Kane) |
| **GILLIGAN'S BAR & GRILL, INC.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 19th day of December 2024, **IT IS ORDERED THAT** a post-mediation/case management telephone conference will be held on **February 21, 2025, at 11:00 a.m.** to discuss the status of this case. Plaintiff's counsel shall initiate this conference call. If settlement is reached through mediation, counsel shall notify the Court by telephone at (717) 221-3990.

   s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania