IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JEANNE PETTIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 1:24-CV-01437 |
| | : | |
| **GILLIGAN'S BAR & GRILL, INC.,** | : | JUDGE KANE |
| | : | |
| **Defendant.** | : | |

## MEDIATION REPORT

In accordance with the Court's Mediation Order, mediation conferences were held on February 6, 2025 and March 7, 2025 and the results of those conferences are indicated below:

__  The case has been completely settled.

X  No settlement reached.

__  The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

                Respectfully submitted,

                /s/ Timothy E. Gates
                Mediator

Myers, Brier & Kelly, LLP
240 North Third Street, 5th Floor
Harrisburg, PA 17101
(717) 553-6251

Date: March 14, 2025

## **CERTIFICATE OF SERVICE**

I, Timothy E. Gates, hereby certify that a true and correct copy of the foregoing Mediation Report was served upon all counsel of record via the Court's ECF filing system on this 14th day of March 2025 to the following:

Steve T. Mahan, Jr., Esquire
Weisberg Cummings, PC
2704 Commerce Drive, Suite B
Harrisburg, PA  17110

Carrie J. McConnell, Esquire
Summers, McDonnell, Hudock,
   & Guthrie, PC
946 East Park Drive, Suite 201
Harrisburg, PA  17111

/s/ Timothy E. Gates
Timothy E. Gates