**WEISBERG CUMMINGS**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

LARRY A. WEISBERG
DERREK W. CUMMINGS*^

2704 COMMERCE DRIVE, SUITE B
HARRISBURG, PENNSYLVANIA 17110-9380

STEVE T. MAHAN

*CERTIFIED PUBLIC ACCOUNTANT
^MEMBER ARIZONA BAR

PHONE: 717.238.5707
FAX: 717.233.8133

September 9, 2025

The Honorable Yvette Kane
United States District Judge
Sylvia H. Rambo U.S. Courthouse
1501 N. 6th St.
Harrisburg, PA 17102

**RE: Pettis v. Gilligan's Bar & Grill, Inc.**
**M.D. Pa. No. 1:24-cv-01437**

Dear Judge Kane:

I am writing to advise you that the parties in this matter have reached an agreement and have finalized its resolution. At this time, the parties are in agreement that the Court may process this case as settled. To that end, we respectfully request that the court issue an order dismissing the action without costs and with prejudice.

Should you have any questions, please contact me at (717) 238-5707.

Sincerely,

*/s/ Steve T. Mahan*

Steve T. Mahan
PA Bar ID # 313550

**CERTIFICATE OF SERVICE**

I, Steve T. Mahan, hereby certify that the foregoing has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case. Transmission of the Notice of Electronic Filing constitutes service of the filed document pursuant to Standing Order No. 05-6, ¶12.2.1.

Respectfully submitted,

Weisberg Cummings, P.C.

September 9, 2025
Date

*/s/ Steve T. Mahan*

Steve T. Mahan
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (FAX)

*Attorneys for Plaintiff*